IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE,<br><br>  Plaintiff,<br><br>v.<br><br>TINLEY PARK CHICAGO HOTELS, LLC, an Illinois corporation,<br><br>  Defendant. | Case No. 1:23-cv-13954<br><br>Honorable Young B. Kim |

**NOTICE OF VOLUNTARY DISMISSAL OF TINLEY PARK CHICAGO HOTELS, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Tinley Park Chicago Hotels, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears

Angela C. Spears

CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: June 17, 2024