IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 1:23-cv-13954 |
| ) | |
| TINLEY PARK CHICAGO HOTELS, LLC, ) | |
| An Illinois limited liability company, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

It is hereby stipulated, by and between Plaintiff Lois White and Defendant Tinley Park Chicago Hotels, LLC, that Plaintiff's causes of action against Defendant shall be dismissed with prejudice with each party to pay its own costs.

/s/ Angela C. Spears (w/consent)
Angela C. Spears
Cass Law Group, P.C.
Attorney for Plaintiff
20015 South LaGrange Road #1098
Frankfort, IL 60423
Ph: 833-343-6743
aspears@casslawgroup.com

/s/ Denise Baker-Seal
Denise Baker-Seal, #6255589
BROWN & JAMES, P.C.
Attorneys for Defendant
Richland Plaza I, 525 W. Main St., Ste. 200
Belleville, Illinois 62220-1547
Ph: 618-235-5590; Fax 618-235-5591
dseal@bjpc.com; dowens@bjpc.com